UNITED STATES DISTRICT COURT

DISTRICT OF MAINE



| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 1:19-cr-00134-LEW |
| v. | AZ No. 19-404 MJ |
| BRIAN HOLMES; | VIOLATION: |
| ERIC WALDRON; | 21 U.S.C. § 846 (Conspiracy to Distribute |
| JUSTIN MICHAUD; | and to Possess with Intent to Distribute |
| TAYLOR LOVELY; | Controlled Substances) |
| ANDREW MAYNARD; | |
| TYLER NEECE; | |
| ANGELA DOODY; | 21 U.S.C. §843(b) (Use of Communication |
| ▓▓▓▓▓▓▓▓▓▓ | Facility to Commit Drug Offense) |
| TONY CLAYTON; | |
| ROCKY HILL, JR.; and | |
| RYAN HAYES | |

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Distribute and to Possess With Intent to Distribute Controlled Substances)

From on or about January 1, 2017 through on or about August 30, 2018, the exact dates being unknown, in the District of Maine and elsewhere, the defendants

BRIAN HOLMES;
ERIC WALDRON;
JUSTIN MICHAUD;
TAYLOR LOVELY;
ANDREW MAYNARD;
TYLER NEECE;
ANGELA DOODY;
▓▓▓▓▓▓▓▓▓▓
TONY CLAYTON;

1

ROCKY HILL, JR.; and
RYAN HAYES

and others known and unknown knowingly and intentionally conspired together and with one another, to distribute and possess with the intent to distribute 50 grams or more of methamphetamine and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

## QUANTITY OF METHAMPHETAMINE INVOLVED IN THE CONSPIRACY

With respect to the defendants BRIAN HOLMES, ERIC WALDRON, JUSTIN MICHAUD and TAYLOR LOVELY, their conduct as members of the conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 50 grams or more of methamphetamine and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii); and

With respect to the defendants, ANDREW MAYNARD, TYLER NEECE, ANGELA DOODY ███████ ROCKY HILL, JR., RYAN HAYES, and TONY CLAYTON their conduct as members of the conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(b)(1)(C),

All in violation of Title 21, United States Code, Section 846.

## ALLEGATIONS TRIGGERING
## ENHANCED MANDATORY MINIMUM PENALTIES

The defendant BRIAN HOLMES has a prior conviction for a serious drug felony within the meaning of Title 21, United States Code, Sections 802(44) and 851, specifically, Unlawful Trafficking in Scheduled Drugs, in violation of 17-A, Maine Revised Statutes Annotated, Section 1103(1-A)(A), in the State of Maine Superior Court for Aroostook County at Caribou, in State of Maine v. Brian Holmes, Docket Number: CARSC-CR-12-051, amended judgement having been entered on September 13, 2013, for which the defendant served in excess of twelve months incarceration in the Maine Department of Corrections, and was released within fifteen years of the commencement of the commission of the offense charged in Count One, accordingly he is subject to the enhanced mandatory minimum penalties provisions of 21 U.S.C. §841(b)(1)(A).

## COUNT TWO
(Unlawful Use of a Communication Facility)

On about July 19, 2017, in the District of Maine, defendants

**BRIAN HOLMES**
and
**TAYLOR LOVELY**

did knowingly and intentionally use a communication facility, specifically, a telephone, in committing, causing, and facilitating the offense of distribution and possession with intent to distribute methamphetamine and conspiring to do the same, in violation of Title 21, United States Code, Section 843(b).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 843(d) apply to the conduct described herein.

## COUNT THREE
### (Unlawful Use of a Communication Facility)

On about July 25, 2017, in the District of Maine, defendant

### BRIAN HOLMES

did knowingly and intentionally use a communication facility, specifically, a telephone, in committing, causing, and facilitating the offense of distribution and possession with intent to distribute methamphetamine and conspiring to do the same, in violation of Title 21, United States Code, Section 843(b).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 843(d) apply to the conduct described herein.

## COUNT FOUR
### (Unlawful Use of a Communication Facility)

On about July 26, 2017, in the District of Maine, defendants

### BRIAN HOLMES
### and
### ANGELA DOODY

did knowingly and intentionally use a communication facility, specifically, a telephone, in committing, causing, and facilitating the offense of distribution and possession with intent to distribute methamphetamine and conspiring to do the same, in violation of Title 21, United States Code, Section 843(b).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 843(d) apply to the conduct described herein.

## COUNT FIVE
### (Unlawful Use of a Communication Facility)

On about September 6, 2017, in the District of Maine, defendants

### BRIAN HOLMES
### and
### JUSTIN MICHAUD

did knowingly and intentionally use a communication facility, specifically, a telephone, in committing, causing, and facilitating the offense of distribution and possession with intent to distribute methamphetamine and conspiring to do the same, in violation of Title 21, United States Code, Section 843(b).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 843(d) apply to the conduct described herein.

### COUNT SIX
(Unlawful Use of a Communication Facility)

On about December 13, 2017, in the District of Maine and elsewhere, defendants

**BRIAN HOLMES**
and
**ERIC WALDRON**

did knowingly and intentionally use a communication facility, specifically, a telephone, in committing, causing, and facilitating the offense of distribution and possession with intent to distribute methamphetamine and conspiring to do the same, in violation of Title 21, United States Code, Section 843(b).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 843(d) apply to the conduct described herein.

A True Bill,

Date: 7/17/19

_____
Assistant U.S. Attorney

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Maine

| United States of America | ) |
|---|---|
| v. | ) |
| ERIC WALDRON | ) Case No. 1:19-cr-00134-LEW-002 |
| | ) |
| | ) |
| | ) |
| Defendant | |

### ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ERIC WALDRON ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1 - CONSPIRACY TO DISTRIBUTE AND POSSESS WIHT INTENT TO DISTRIBUTE METHAMPHETAMINE 21:846, 841(a)(1) AND 841(b)(1)A)(viii)

COUNT 6 - UNLAWFUL USE OF A COMMUNICATIONS FACILITY 21:843(b)

A TRUE COPY
ATTEST: Christa K. Berry, Clerk

Date: 07/18/2019    By: _____ Deputy Clerk

*Issuing officer's signature:* Michele Mitchell

City and state:   Bangor, ME                     Michele Mitchell, Deputy Clerk
                                                  *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

                                                  *Arresting officer's signature*

                                                  *Printed name and title*